AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| United States of America<br>v.<br>BRADLEY CALLAHAN<br>*Defendant(s)* | Case No.<br>6:25-MJ-6042-HAI |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 1, 2023-March 12, 2025 in the county of Laurel in the Eastern District of Kentucky, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) and (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

/s/ Kassandra L. McKenzie w.p.b. Hanly A. Ingram
*Complainant's signature*

FBI SA Kassi McKenzie
*Printed name and title*

Attested per Rule 4.1(b)(2)(A).

Date: **Mar 12, 2025**

*Judge's signature*

City and state: London, Ky

U.S. Magistrate Judge Hanly A. Ingram
*Printed name and title*